IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN HERSEY, and                                                                    PLAINTIFFS
ELLA HERSEY

V.                                                      CIVIL ACTION NO. 1:15-CV-127-SA-RP

FOOD GIANT SUPERMARKETS, INC.                                          DEFENDANT

ORDER

Now before the Court is Food Giant Supermarkets Inc.'s Motion for Summary Judgment

[28]. For the reasons fully explained in a separate memorandum opinion issued this same day,

Defendant Food Giant Supermarkets, Inc.'s Motion for summary judgment [28] is GRANTED,

and all of the Plaintiffs' claims are DISMISSED with prejudice. This CASE is CLOSED.

SO ORDERED on this the 9th day of January 2016.


 /s/  Sharion Aycock
UNITED STATES DISTRICT JUDGE